# In the United States Court of Federal Claims

No. 14-250 C
Filed: January 7, 2019

CALIFORNIA RIDGE WIND
ENERGY, LLC and INVENERGY
WIND, LLC

v.

THE UNITED STATES

**JUDGMENT**

Pursuant to the court's Post-Trial Order and Opinion, filed January 7, 2019,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is entered in favor of defendant, on its counterclaim, in the amount of $5,635,537.00, and plaintiff, California Ridge Wind Energy, LLC's, complaint is dismissed.  No costs.

                            Lisa L. Reyes
                            Clerk of Court

By:    s/ Debra L. Samler

          Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit,  60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>.  Filing fee is $505.00.